ORIGINAL

# UNITED STATES DISTRICT COURT
_____District of Arizona_____

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Ready Post brown carboard box bearing USPS tracking number El 378755342 US, addressed to "Jessica Shultz, 32 E harbor highlands dr Duluth, mn 55805" with a return address of "Jose flores, 6318 n 65 Dr Glendale, AZ 85301 #213". It is a USPS Ready Post brown cardboard box measuring approximately 15" x 12" x 10" weighing approximately 6 pound and 8 ounces; postmarked May 26, 2022; and bearing $110.05 in postage.

**SEARCH WARRANT**

Case Number:     22-9180 MB

TO:  Kevin Vanderwood and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Kevin Vanderwood, TASK FORCE OFFICER UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Ready Post brown carboard box bearing USPS tracking number El 378755342 US, addressed to "Jessica Shultz, 32 E harbor highlands dr Duluth, mn 55805" with a return address of "Jose flores, 6318 n 65 Dr Glendale, AZ 85301 #213". It is a USPS Ready Post brown cardboard box measuring approximately 15" x 12" x 10" weighing approximately 6 pound and 8 ounces; postmarked May 26, 2022; and bearing $110.05 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 18 UNITED STATES CODE, SECTION 1956(h) AND TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before_____6/10/2022_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___5/27/2022@4:02pm_____     at     Phoenix, Arizona_____
Date and Time Issued                                              City and State

HONORABLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*EswJillett*
_____
Signature of Judicial Officer

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No:<br>22-9180MB | Date and Time Warrant Executed:<br>05-31-2022 11:38 | Copy of Warrant and Inventory Left With:<br>USPIS |

Inventory made in the presence of:

USPIS TFO Kevin Vanderwood, Postal Inspector Maria Hunter

Inventory of the property taken and name of any person(s) seized:


Parcel EI378755342US containing the following

- Ready Post brown box
- Box with new bluetooth speaker inside "quikcell"
- Envelope with greeting card inside
- Visa gift card
- Three plastic bags containing round blue "M30" pills gross weight 320 grams
  (found inside bluetooth speaker)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06-03-2022

TFO Kevin Vanderwood  Digitally signed by TFO Kevin Vanderwood
Date: 2022.06.03 12:20:42 -07'00'

*Executing officer's signature*

TFO Kevin Vanderwood

*Printed name and title*